G. Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, ANNA FRENCH

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANNA FRENCH )<br>           )<br>     Plaintiff, )<br>           )<br>     vs. )<br>           )<br>NCO FINANCIAL SYSTEMS, INC, )<br>           )<br>     Defendant. )<br>           ) | Case No.: 2:09-cv-03101-GEB-DAD<br><br><br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ANNA FRENCH, by and through her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NCO FINANCIAL SYSTEMS, INC (Defendant), in this case.

Dated: February 9, 2010                    KROHN & MOSS, LTD.

                                           By:/s/ G. Thomas Martin, III

                                           G. Thomas Martin, III

                                           Attorney for Plaintiff,
                                           ANNA FRENCH